IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALEX VELEZ-LAGUNA,<br>Defendant. | INDICTMENT<br>Criminal No. 24-37 (ADC)<br><br>Violations:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(o)<br><br>Forfeiture Allegation<br><br>TWO COUNTS |

THE UNITED STATES CHARGES:

### COUNT ONE
**Prohibited Person in Possession of a Firearm and Ammunition: Felon**
(18 U.S.C. § 922(g)(1))

On or about January 25, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

ALEX VELEZ-LAGUNA,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition—that is, one beige and black Glock-style polymer pistol, 9mm caliber; and 78 rounds of 9mm ammunition—said firearm and ammunition having been shipped and transported in interstate and foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### COUNT TWO
**Illegal Possession of a Machinegun**
(18 U.S.C. § 922(o))

On or about January 25, 2024, in the United States, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

ALEX VELEZ-LAGUNA,

did knowingly possess a machinegun—that is, one beige and black Glock-style polymer pistol, 9mm caliber, which was modified to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses charged in Count One and Two of this Indictment, the defendant,

ALEX VELEZ-LAGUNA,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense and any firearm and ammunition seized in this case, including, but not limited to: one beige and black Glock-style polymer pistol, 9mm caliber; and 78 rounds of 9mm caliber ammunition. All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

[signature redacted]

FORPERSON
Date: 08 FEB 24

W. STEPHEN MULDROW
United States Attorney

[signature]

Jonathan Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

[signature]

César E. Rivera
Assistant United States Attorney
Violent Crimes Division

2