# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**  
**U.S. MAGISTRATE JUDGE GISELLE LOPEZ-SOLER**  
COURT REPORTER: **ZOOM**

DATE: February 8, 2024  
AUSA Cesar E. Rivera  
COURTROOM NO: **6, OSJ**

UNITED STATES OF AMERICA

Plaintiff

v

ALEX VELEZ-LAGUNA [1]  
Defendant.

Return of Indictment by the Grand Jury  
Criminal No. **24-37 (ADC)**

Indictment was filed in open court.

**Arraignment to be set upon arrest.**

**Case is assigned to Judge Aida M. Delgado-Colón.**

**NEW CASE:**

☐ This Indictment supersedes Criminal Case No. --------.

☐ Defendant(s) **appeared** in   Magistrate case merged and closed.

☐ Defendant(s) charged in magistrate case     but **not arrested.** Magistrate case merged and closed.

☒ **Defendant is not charged in magistrate case.**

☐ The Court granted the government's motion to seal.

☐ Defendant(s) to remain on same bond.

☒ **Defendant is under custody in Cr. 10-244-29 (RAM). Marshal to produce the defendant.**

☒ **Arrest warrant to be issued.**

☐ Summons to be issued.

**S/Omar Flaquer-Mendoza**  
Courtroom Deputy Clerk